**WILENTZ, GOLDMAN & SPITZER, P.A.**
KEVIN P. RODDY (SBN 128283)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686
kroddy@wilentz.com
**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

------------------------------------------------------X

LICGO PARTNERS, LLC, SOVEREIGN PARTNERS, LLC, and PARADIGM CAPITAL HOLDINGS, LLC,

    Plaintiffs,

v.

KEITH BERMAN, and DECISION DIAGNOSTICS CORP.,

    Defendants.

------------------------------------------------------X

Case No. 2:21-cv-02390 (MWF)(SK)

**RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LICGO PARTNERS, LLC (a private non-governmental party) certifies that there are no publicly held corporate parents, affiliates and/or subsidiaries of said party.

Dated: March 19, 2021

WILENTZ, GOLDMAN & SPITZER, P.A.

By: /s/ Kevin P. Roddy
    KEVIN P. RODDY (SBN 128283)
    **WILENTZ, GOLDMAN & SPITZER, P.A.**
    90 Woodbridge Center Drive
    Post Office Box 10
    Woodbridge, NJ 07095
    Telephone: (732) 636-8000
    Facsimile: (732) 726-6686
    kroddy@wilentz.com
    Attorneys for Plaintiffs