AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-02390-MWF-SK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pharmatech Solutions Inc
was received by me on *(date)* 3-31-21

☐ I personally served the summons on the individual at *(place)*
    on *(date)*                                   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
    , a person of suitable age and discretion who resides there,
on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JANE DOE, black hair, 5'6, 140 lbs., HISPANIC FEMALE, 32 yrs old, who is designated by law to accept service of process on behalf of *(name of organization)* Pharmatech Solutions Inc, at 2660 Townsgate Rd, Westlake Village, CA on *(date)* 4-2-21 at 9:30 AM; or

☐ I returned the summons unexecuted because                                                                          ; or

☐ Other *(specify)*:

My fees are $             for travel and $             for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-7-21

                                    *Server's signature*

BABAK GHORDANIAN

                                    *Printed name and title*

EXPRESS PROCESS & SUBPOENA COMPANY INC.
(973) 564-1200   FAX (973) 564-1252

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| LICGO PARTNERS, LLC, SOVEREIGN PARTNERS, LLC, and PARADIGM CAPITAL HOLDINGS, LLC, <br><br> *Plaintiff(s)* <br><br> v. <br><br> KEITH BERMAN, DECISION DIAGNOSTICS CORP. and PHARMATECH SOLUTIONS, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:21-cv-02390-MWF-SK |

## SUMMONS IN A CIVIL ACTION
## ON AMENDED COMPLAINT

To: *(Defendant's name and address)*  Pharmatech Solutions, Inc.
2660 Townsgate Road, Suite 300
Westlake Village, CA 91361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin P. Roddy, Esq. (SBN 128283)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095, Ph. 732-636-8000; Fx. 732-726-6686
Email: kroddy@wilentz.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/23/2021

*Signature of Clerk or Deputy Clerk*