

**KEVIN P. RODDY, ESQ.**

T:  732.855.6402
F:  732.726.6686
kroddy@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

May 25, 2021

**VIA E-FILING**
Hon. Michael W. Fitzgerald, U.S.M.J.
United States District Court
Central District of California
First Street Courthouse
350 West First Street, Courtroom 5A
Los Angeles, CA 90012

      Re:    **LICGO Partners, LLC, et al. v. Keith Berman, et al.**
              **CDCA-Western Div. Docket No.:  2:21-CV-02390 (MWF)(SK)**

Dear Judge Fitzgerald:

      The undersigned attorney and this Firm represent Plaintiffs, LICGO Partners, LLC, Sovereign Partners, LLC, and Paradigm Capital Holdings, LLC (collectively, "Plaintiffs") in the above-captioned matter.  We are in receipt of this Court's Order to Show Cause (Docket No. 20) and we respond as follows.

      On March 31, 2021, Plaintiffs' Summons and Complaint were served upon Defendants, Keith Berman, Decision Diagnostics Corp. and Pharmatech Solutions, Inc. (collectively, "Defendants").  Thereafter, on or about May 7, 2021, Plaintiffs e-filed the requisite proofs of service, copies of which are attached for Your Honor's ease of reference.  See Docket Nos. 17, 18 & 19.

      Following the service of Plaintiffs' Summons and Complaint, on or about April 20, 2021, an attorney who claims to represent Defendants requested Plaintiffs consent for an extension of time to answer the Complaint.  Plaintiffs consented to Defendants' request.  In the event that Defendants fail and/or refuse to answer Plaintiff's Complaint on or before June 4, 2021, we shall proceed to move for entry of default.

Hon. Michael W. Fitzgereald, U.S.M.J.
May 25, 2021
Page 2

Should the Court have any questions, please have a member of your staff contact us.

Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.

By: */s/ Kevin P. Roddy*

**KEVIN P. RODDY (SBN 128283)**

#12332775.1(171847.001)