**WILENTZ, GOLDMAN & SPITZER, P.A.**
KEVIN P. RODDY (SBN 128283)
90 Woodbridge Center Drive
Post Office Box 10
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 726-6686
kroddy@wilentz.com

**Attorneys for Plaintiffs**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

-------------------------------------------------------X

LICGO PARTNERS, LLC, SOVEREIGN PARTNERS, LLC, and PARADIGM CAPITAL HOLDINGS, LLC,

   Plaintiffs,

v.

KEITH BERMAN, DECISION DIAGNOSTICS CORP. and PHARMATECHSOLUTIONS, INC.,

   Defendants.

-------------------------------------------------------X

Case No. 2:21-cv-02390 (MWF)(SK)

**RESPONSE TO ORDER TO SHOW CAUSE (DOCKET NO. 20)**

      Plaintiffs, LICGO Partners, LLC ("LICGO"), Sovereign Partners, LLC ("Sovereign") and Paradigm Capital Holdings, LLC ("Paradigm") (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully submit this Response to this Court's Order to Show Cause dated May 13, 2021.  See ECF Docket No. 20.

      On March 31, 2021, Plaintiffs' Summons and Complaint were served upon Defendants, Keith Berman, Decision Diagnostics Corp., and Pharmatech Solutions, Inc. (collectively, "Defendants").  See ECF Docket Nos. 17, 18 & 19.  Thereafter, on or about May

7, 2021, Plaintiffs e-filed the requisite proofs of service, copies of which are attached for Your Honor's ease of reference.  Id.

Following the service of Plaintiffs' Summons and Complaint, on or about April 20, 2021, an attorney who claims to represent Defendants requested Plaintiffs' consent for an extension of time to answer the Complaint.  Plaintiffs consented to Defendants' request.  In the event that Defendants fail and/or refuse to answer Plaintiff's Complaint on or before June 4, 2021, Plaintiffs shall proceed to move for entry of default.

Dated:  May 25, 2021                    WILENTZ, GOLDMAN & SPITZER, P.A.


By: /s/ Kevin P. Roddy
    KEVIN P. RODDY (SBN 128283)
    **WILENTZ, GOLDMAN & SPITZER, P.A.**
    90 Woodbridge Center Drive
    Post Office Box 10
    Woodbridge, NJ 07095
    Telephone: (732) 636-8000
    Facsimile: (732) 726-6686
    kroddy@wilentz.com

**Attorneys for Plaintiffs**

#12334591.1