JAN LAWRENCE HANDZLIK (CA State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel: 213-236-3519
Fax: 213-236-3501
jan@handzliklaw.com

Attorney for Defendants Keith Berman,
Decision Diagnostics Corp. and Pharmatech
Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISON

| | |
|---|---|
| LICGO PARTNERS, LLC, SOVERIGN PARTNERS, LLC, and PARADIGM CAPITAL HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>KEITH BERMAN, DECISION DIAGNOSTICS CORP., and PHARMATECH SOLUTIONS, INC.,<br><br>Defendants | Case No. CV 21-2390-MWF (SKx)<br><br>ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT |

Based on a stipulation between the parties and good cause appearing therefor:

IT IS HEREBY ORDERED that the time within which defendants must respond to the First Amended Complaint (Doc. 9) is extended from June 16, 2021 to and including June 28, 2021.

The Order to Show Cause (Docket No. 20) is DISCHARGED.

DATED: June 14, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

1