NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Jan L. Handzlik (CA State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Tel: 213 236-3519

CLEAR FORM

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LICGO PARTNERS, LLC, SOVEREIGN PARTNERS, LLC, and PARADIGM CAPITAL HOLDINGS, LLC

Plaintiff(s),

v.

KEITH BERMAN, DECISION DIAGNOSTICS CORP. and PHARMATECH SOLUTIONS, INC.,

Defendant(s)

CASE NUMBER:

Case No. 2:21-cv-02390-MWF-SK

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Defendants _____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Keith Berman | Defendant |
| Decision Diagnoistics Corp. | Defendant |
| PharmaTech Solutions, Inc. | Defendant |

June 30, 2021
Date

Signature *(signed: JL Handzlik)*

Attorney of record for (or name of party appearing in pro per):

Defendants Keith Berman, Decision Diagnostics Corp. & Pharma

CV-30 (05/13)     NOTICE OF INTERESTED PARTIES