JAN LAWRENCE HANDZLIK (CA State Bar No. 047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071-2231
Tel:    213-236-3519
Fax:    213-236-3501
jan@handzliklaw.com

Attorneys for Defendants Keith Berman,
Decision Diagnostics Corp. and PharmaTech
Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

-------------------------------------------------------------X

| | |
|---|---|
| LICGO PARTNERS, LLC, SOVEREIGN PARTNERS, LLC, and PARADIGM CAPITAL HOLDINGS, LLC, | Case No. 2:21-cv-02390-MWF-SK |
| Plaintiffs, | AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7-1.1) |
| vs. | |
| KEITH BERMAN, DECISION DIAGNOSTICS CORP. and PHARMATECH SOLUTIONS, INC., | |
| Defendants. | |

-------------------------------------------------------------X

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for defendants Keith Berman, Decision Diagnostics Corp. and PharmaTech Solutions, Inc., respectfully files an amendment to the certification and notice at Document No. 30, hereby certifying pursuant to Local Rule 7-1.1 that the following listed

AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(LOCAL RULE 7-1.1)

1

parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| Keith Berman | Defendant |
| Decision Diagnostics Corp. | Defendant; Publicly traded corporation; Parent Corporation of Defendant PharmaTech Solutions, Inc., owing in excess of 10% of its shares. |
| PharmaTech Solutions, Inc. | Defendant; Subsidiary of Defendant Decision Diagnostics Corp., which owns in excess of 10% of its shares. |

DATED: July 1, 2021

Respectfully submitted,

JAN LAWRENCE HANDZLIK, APC

By: _____/s/_____
JAN L. HANDZLIK
Attorney-of-Record for Defendants
Keith Berman, Decision Diagnostics
Corp. and PharmaTech Solutions, Inc.

AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7-1.1)