Name, Address and Telephone Number of Attorney(s):

WILENTZ, GOLDMAN & SPITZER, P.A.
KEVIN P. RODDY (SBN 128283)
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095; email: kroddy@wilentz.com
Telephone: (732) 636-8000; Facsimile: (732) 726-6686

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LICGO PARTNERS LLC, et al. | CASE NUMBER: |
|---|---|
| v.  Plaintiff(s) | 21-cv-02390 (MWF)(SK) |
| KEITH BERMAN, et al.  Defendant(s). | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓]  The parties stipulate that _____Jaime Broder, Esq._____ may serve as the Panel Mediator in the above-captioned case. _____Kevin P. Roddy, Esq._____ has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on ____tbd____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ]  The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 8-25-2021          Kevin P. Roddy, Esq. _____
                          Attorney For Plaintiff

Dated: _____    _____
                          Attorney For Plaintiff

Dated: 8-25-2021          Ronald S. Herzog, Esq. _____
                          Attorney For Defendant

Dated: 8-25-2021          Jan L. Handzlik, Esq. _____
                          Attorney For Defendant

Attorney for Plaintiff to electronically file original document.

ADR-02 (08/16)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**