

**KEVIN P. RODDY, ESQ.**

T:  732.855.6402
F:  732.726.6686
kroddy@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

May 16, 2022

**VIA E-FILING**
Hon. Michael W. Fitzgerald, U.S.M.J.
United States District Court
Central District of California
First Street Courthouse
350 West First Street, Courtroom 5A
Los Angeles, CA 90012

      Re:    **LICGO Partners, LLC, et al. v. Keith Berman, et al.
CDCA-Western Div. Docket No.:  2:21-CV-02390 (MWF)(SK)**

Dear Judge Fitzgerald:

      This firm represents Plaintiffs LICGO Partners, LLC, Sovereign Partners, LLC, and Paradigm Capital Holdings, LLC (collectively, "Plaintiffs") in the above matter.  I write with the consent of Defendants to confirm that the parties have reached agreement as to the disposition of the matter, and have exchanged drafts of the requisite settlement documents with the intention to file the appropriate voluntary dismissal shortly.

      I thank Your Honor for Your consideration of the above.

                            Respectfully,

                            */s/ Kevin P. Roddy*

                            **KEVIN P. RODDY**

cc:    Jan L. Handzlik, Esq. (via e-filing and e-mail)
        Ronald S. Herzog, Esq. (via e-filing and e-mail)