JAN LAWRENCE HANDZLIK (CA Bar No.047959)
Jan Lawrence Handzlik, APC
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
Telephone: 213.236.3519
Facsimile: 213.236.3501
jan@handzliklaw.com

Attorney for Defendants
Keith Berman, Decision
Diagnostics Corp. and
Pharmatech Solutions, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LICGO PARTNERS, LLC, SOVEREIGN PARTNERS, LLC, and PARADIGM CAPITAL HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH BERMAN, DECISION DIAGNOSTICS CORP. and PHARMATECH SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:21-cv-02390-MWF-SK<br><br>STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)ii); [PROPOSED] ORDER |

Plaintiffs, LICGO Partners, LLC, Sovereign Partners, LLC, and Paradigm Capital Holdings, LLC (collectively, Plaintiffs), by and through their counsel of record, Kevin P. Roddy, of Wilentz, Goldman & Spitzer, PA, and defendants Keith Berman, Decision

Diagnostics Corp., and Pharmatech Solutions, Inc. (collectively, Defendants), by and through their counsel of record, Jan L. Handzlik, of Jan Lawrence Handzlik, APC, hereby stipulate and agree that:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is vountarily dismissed without prejudice as between Plaintiffs and Defendants, and without fees or costs to any party.

Dated: May 15, 2022                    Respectfully submitted,

                                            WILENTZ, GOLDMAN & SPITZER, P.A.

                                            By: _____/s/_____
                                                KEVIN P. RODDY
                                            Attorneys for Plaintiffs

                                            JAN LAWRENCE HANDZLIK, APC

                                            By: _____/s/_____
                                                JAN L. HANDZLIK
                                            Attorneys for Defendants

                                            GOLDBERG SEGALLA, L.L.P

                                            By: _____/s/_____
                                                RONALD S. HERZOG
                                            Attorneys for Defendants