JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LICGO PARTNERS, LLC, SOVERIGN PARTNERS, LLC, and PARADIGM CAPITAL HOLDINGS, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>KEITH BERMAN, DECISION DIAGNOSTICS CORP. and PHARMATECH SOLUTIONS, INC.<br>　　　　　　　　Defendants. | Case No. CV 21-2390-MWF (SKx)<br><br>ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii), FED. R.CIV.PRO. |

　　The Court has reviewed the parties' Stipulation for Voluntary Dismissal (Docket No. 45). For good cause shown, the Court GRANTS the parties' request to voluntarily dismiss this action without prejudice and without fees or costs to any party.

　　IT IS SO OREDERED.

Dated: June 24, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge